SHERRIE M. FLYNN, SBN 240215
sflynn@ch-law.com
AISHA O. OTORI, SBN
aotori@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
PAPAYA FRESH MEDITERRANEAN MARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a/ ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> PAPAYA FRESH MEDITERRANEAN MARKET INC., <br><br> Defendant. | NO.  1:23-cv-00302-JLT-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT** <br><br> Complaint Filed:  February 28, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff PREPARED FOOD PHOTOS, INC. f/k/a/ ADLIFE MARKETING & COMMUNICATIONS CO., INC. and Defendant  PAPAYA FRESH MEDITERRANEAN MARKET INC. ("Defendant") by and through their respective counsel, that the default filed and entered against Defendant be set aside, and that Defendant has leave to file an Answer within thirty (30) days of the entry of the order setting aside the default filed and entered against Defendant.

1 | Dated:  April 17, 2023                    COLEMAN & HOROWITT, LLP

By:     */s/  Sherrie M. Flynn*
        SHERRIE M. FLYNN
        AISHA O. OTORI
        Attorneys for Defendant,
        PAPAYA FRESH MEDITERRANEAN
        MARKET, INC.

Dated:  April 17, 2023                    ALVES RADCLIFFE LLP

By:     */s/ Scott E. Radcliffe*
        SCOTT E. RADCLIFFE
        Attorneys for Plaintiff,
        PREPARED FOOD PHOTOS, INC. f/k/a
        ADLIFE MARKETING &
        COMMUNICATIONS CO., INC.

### ATTESTATION REGARDING SIGNATURES

Counsel for Plaintiff hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for Defendants and Tapia.

DATED:  April 17, 2023                    COLEMAN & HOROWITT, LLP

By:     */s/ Sherrie M. Flynn*
        SHERRIE M. FLYNN
        AISHA O. OTORI
        Attorneys for Defendant,
        PAPAYA FRESH MEDITERRANEAN
        MARKET, INC.

**ORDER**

Having considered the parties' stipulation, and for cause shown, the stipulation to vacate and set aside the entry of default against Defendant Papaya Fresh Mediterranean Market Inc. is GRANTED.  The Clerk of the Court is directed to vacate the entry of default as to Defendant Papaya Fresh Mediterranean Market Inc.  (Doc. 7.)  Defendant shall file an answer or other responsive pleading to the complaint within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated:   **April 18, 2023**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE